UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHIVA STEIN, | : |
| Plaintiff, | : 16-cv-6252-RRM-SJB |
| - against - | : |
| 1-800-FLOWERS.COM, INC., | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHDRAWAL OF MOTION FOR ATTORNEYS FEES AND EXPENSES

Plaintiff Shiva Stein voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), and withdraws her motion for attorneys' fees and expenses.

Dated: New York, New York
April 15, 2019

**BARRACK, RODOS & BACINE**

By:  /s/ A. Arnold Gershon
 A. Arnold Gershon
 Michael A. Toomey
 11 Times Square
 640 Eighth Avenue, 10th Floor
 New York, NY  10036
 Telephone:  (212) 688-0782
 Facsimile:  (212) 688-0783

*Attorneys for Plaintiff Shiva Stein*